**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ernest A. Strzempa Jr.** | Social Security number or ITIN **xxx–xx–6623** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter **7**  **7/23/19** |
| Case number: | **19–20608** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**           12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ernest A. Strzempa Jr. | |
| 2. | **All other names used in the last 8 years** | aka Ernie A. Strzempa Jr., dba Devella Glove Repair | |
| 3. | **Address** | 278 Vincent Place<br>Elgin, IL 60123 | |
| 4. | **Debtor's attorney**<br>Name and address | Jason H Rock<br>Barrick Switzer Law Office<br>6833 Stalter Drive<br>First Floor<br>Rockford, IL 61108 | Contact phone 815 962–6611<br>Email:  jrock@bslbv.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Frank J Kokoszka<br>Kokoszka & Janczur, P.C.<br>19 South LaSalle<br>Suite 1201<br>Chicago, IL 60603–1419 | Contact phone 312–443–9600<br>Email: trustee@k–jlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**           page **1**

| **6.** | **Bankruptcy clerk's office** | Eastern Division | Hours open: |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 219 S Dearborn 7th Floor Chicago, IL 60604 | 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. |
| | | | Contact phone 1–866–222–8029 |
| | | | Date: 7/24/19 |

| **7.** | **Meeting of creditors** | **August 19, 2019 at 02:00 PM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | **100 S 3rd Street, Courtroom 240, Geneva, IL 60134** |

| **8.** | **Presumption of abuse** | The presumption of abuse does not arise. | |
|---|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |

| **9.** | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 10/18/19** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| **10. Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 19-20608-JSB
Ernest A. Strzempa, Jr.                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: vvirgen              Page 1 of 1              Date Rcvd: Jul 24, 2019
                              Form ID: 309A              Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2019.
```
db          +Ernest A. Strzempa, Jr.,    278 Vincent Place,    Elgin, IL 60123-5352
28037939     Advocate Sherman Hospital,    35134 Eagle Way,    Chicago, IL 60678-1351
28037940     Alexian Brothers Behavioral Health,    Attn # 17632E,    PO Box 14000,    Belfast, ME 04915-4033
28037941     Alliance Laboratory Physicians,    PO Box 5968,    Carol Stream, IL 60197-5968
28037943     Associates in Pediatrics 2,    1015 Summit Street,    Elgin, IL 60120-4302
28037945    +BMO Harris Bank,    1399 E. State Street,    Geneva, IL 60134-2490
28037947    +Chase,    Mail Code OH4-7399,    PO Box 182613,    Columbus, OH 43218-2613
28037948    +Darmon Orthodontics, P.C.,    2001 Larkin Avenue, Suite 207,    Elgin, IL 60123-5808
28037949    +Devella Glove Repair,    278 Vincent Place,    Elgin, IL 60123-5352
28037950    +Higher Education Services Corp.,    99 Washinton Avenue,    Dept. 736,    Albany, NY 12255-1100
28037951    +Jonathan L. Carbary, Ltd.,    1814 Grandstand Place,    Elgin, IL 60123-4981
28037952     Macy's,    PO Box 78008,    Phoenix, AZ 85062-8008
28037953     Midwest Emergency Associates,    PO Box 740023,    Cincinnati, OH 45274-0023
28037954    +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
28037956     Superior Air Ground Amb Service,    PO Box 1407,    Elmhurst, IL 60126-8407
28037957     System & Services Technologies, Inc,    PO Box 3999,    Saint Joseph, MO 64503-0999
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: jrock@bslbv.com Jul 25 2019 01:21:30     Jason H Rock,
              Barrick Switzer Law Office,    6833 Stalter Drive,    First Floor,    Rockford, IL 61108
tr           EDI: QFJKOKOSZKA.COM Jul 25 2019 05:08:00      Frank J Kokoszka,    Kokoszka & Janczur, P.C.,
              19 South LaSalle,    Suite 1201,   Chicago, IL  60603-1419
28037942     EDI: GMACFS.COM Jul 25 2019 05:08:00      Ally,    P.O. Box 380902,    Bloomington, MN 55438-0902
28037944     EDI: BANKAMER.COM Jul 25 2019 05:08:00      Bank of America,    PO Box 982238,
              El Paso, TX 79998-2238
28037946     EDI: CAPITALONE.COM Jul 25 2019 05:08:00      Capital One,    PO Box 60599,
              City of Industry, CA 91716-0599
28037955     EDI: RMSC.COM Jul 25 2019 05:08:00      PayPal Credit,    PO Box 71202,
              Charlotte, NC 28272-1202
28037958     EDI: WTRRNBANK.COM Jul 25 2019 05:08:00      Target Card Services,    PO Box 660170,
              Dallas, TX 75266-0170
28037959    +E-mail/Text: marisa.sheppard@timepayment.com Jul 25 2019 01:22:41      Time Payment Corp.,
              1600 District Avenue, Suite 200,    Burlington, MA 01803-5233
28037960     EDI: USBANKARS.COM Jul 25 2019 05:08:00      US Bank,    PO Box 790408,
              Saint Louis, MO 63179-0408
                                                                                              TOTAL: 9
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
```
              Frank J Kokoszka    trustee@k-jlaw.com, fkokoszka@ecf.axosfs.com
              Jason H Rock   on behalf of Debtor 1 Ernest A. Strzempa, Jr. jrock@bslbv.com, pthiering@bslbv.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```